IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00076-WYD-MJW

PATRICIA MINOR,

Plaintiff(s),

v.

GAMBRO BCT, INC.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that Plaintiff's Unopposed Motion to File First Amended Complaint (docket no. 17) is GRANTED finding good cause shown under Fed. R. Civ. P. 15(a). The Plaintiff's First Amended Complaint (docket no. 17-2) is accepted for filing today.

Date: April 2, 2008