IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00076-WYD-MJW

PATRICIA MINOR,

    Plaintiff,

v.

GAMBRO BCT, INC.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Due to the filing of the Amended Complaint, Defendant's Motion to Dismiss or, in the Alternative, For More Definite Statement filed February 4, 2008 (docket #4) is **DENIED AS MOOT**.

Dated: September 3, 2008