IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00076-WYD-MJW

PATRICIA MINOR,

    Plaintiff,

v.

GAMBRO BCT, INC.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court by stipulation. The Court having reviewed the stipulation, it is hereby

ORDERED that the Stipulation for Dismissal Without Prejudice is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**, each party to bear their own attorney's fees and costs.

    Dated: November 10, 2008

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Chief United States District Judge